JONAH J. GOLDSTEIN and Another, Respondents, v. B. D. G. COMPANY, INC., and Another, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LEON SAMUELS, Individually and as Administrator, etc., of JOSEPH GUINET, Deceased, etc., Appellant, v. JOHN A. LARKIN, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

AMERICAN UNION LINE, INC., Respondent, v. ORIENTAL NAVIGATION CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

NELSON RUTTENBERG, Appellant, v. W. DALE BORROR, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

FRANK S. FAISON, Respondent, v. O. F. GRAB & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

FRANK S. FAISON, Appellant, v. O. F. GRAB & Co., INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; the date for the examination to proceed under the notice to be fixed in the order.   No opinion.   Settle order on notice.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

BEDFORD ESTATES, INC., Appellant, v. EMANUEL A. STERN, Respondent.— Order modified as stated in order and as so modified affirmed, without costs.   No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SOLOMON GROSSMAN, as Trustee in Bankruptcy of the AMERICAN FUR AND PELT TRADING CORPORATION, Appellant, v. EAST RIVER NATIONAL BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

AMERICAN RE-INSURANCE COMPANY, Appellant, v. AMERICAN EQUITABLE ASSURANCE COMPANY OF NEW YORK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.   The bill of particulars to be served within ten days from service of order with notice of entry thereof.   No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MARSHALL BROOKS SMITH, Respondent, v. ROBERT M. CATTS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

DAVID MILLER, Appellant, v. SAMUEL GOTTLIEB and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.